IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:08-CV-147-FL

| | |
|---|---|
| DAVID W. MCCALL | ) |
| Plaintiff | ) |
| vs. | ) ORDER APPROVING 406 (b) FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | ) |
| Defendant | ) |

This matter having come on before the undersigned for approval of counsel fees, and it being made to appear that $29,811.75 has been withheld for payment of plaintiff's counsel, it is hereby ORDERED that plaintiff's counsel receive a fee of $10,000 from retroactive benefits for representation in Federal District Court, and the balance released to the plaintiff.

This the 29 day of October, 2010.

LOUISE W. FLANAGAN
Chief U.S. District Judge